# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT A. STRIPLIN,** | : | No. 3:15cv330 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Cohn) |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the Social Security** | : | |
| **Administration,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 7th day of October 2016, it is hereby

**ORDERED** as follows:

1. Plaintiff Robert A. Striplin's (hereinafter "plaintiff") first objection to the Report and Recommendation (Doc. 21) is **SUSTAINED**;

2. The Report and Recommendation of Magistrate Judge Cohn (Doc. 20) is **NOT ADOPTED**;

3. Plaintiff's appeal is **GRANTED** and the Commissioner of Social Security's decision denying plaintiff's application for disability insurance benefits is **VACATED**;

4. The Clerk of Court is directed to enter judgment in favor of plaintiff and against the defendant; and

5. The Clerk of Court is further directed to **REMAND** this case to the Commissioner of Social Security for further

proceedings consistent with the foregoing Memorandum.

BY THE COURT:

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District**

proceedings consistent with the foregoing Memorandum.

BY THE COURT:

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District**